# Court of Appeals
# of the State of Georgia

ATLANTA,  December 12, 2022

*The Court of Appeals hereby passes the following order:*

**A23I0104. TRACY SHULER v. GERALDINE AKPAN (IN HER CAPACITY AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF GEORGIANNA PARKER).**

Tracy Shuler filed this application for interlocutory appeal, seeking review of the superior court's order denying her motion to dismiss. The order was entered on November 10, 2022, and the certificate of immediate review was entered on November 22, 2022. We lack jurisdiction.

Under OCGA § 5-6-34 (b), a party may request interlocutory review only if the trial court certifies within ten days of entry of the order at issue that immediate review should be had. A timely certificate of immediate review is a jurisdictional requirement. See *Von Waldner v. Baldwin/Cheshire, Inc.*, 133 Ga. App. 23, 24 (2) (209 SE2d 715) (1974). If the certificate of immediate review is not filed or entered within the prescribed ten-day period, it is untimely, and the party seeking review must wait until the final judgment to appeal. See *Turner v. Harper*, 231 Ga. 175, 176 (200 SE2d 748) (1973). Here, the certificate of immediate review was entered 12 days after entry of the order denying the motion to dismiss. Accordingly, we lack jurisdiction to consider this application for interlocutory appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,*  12/12/2022

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*